## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL ALEXANDER                                                                                          PLAINTIFF
ADC #99029

V.                                       NO: 5:08CV00275 BSM/HDY

RAY HOBBS *et al.*                                                                                          DEFENDANTS

## ORDER

Plaintiff filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on October 6, 2008 (docket entry #2), and he was granted leave to proceed *in forma pauperis*. On October 30, 2008, Plaintiff filed a signed copy of his complaint (docket entry #5). Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants, and will order service.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants. The Clerk of the Court is directed to prepare a summons for Defendants, and the United States Marshal is directed to serve a copy of the signed complaint (docket entry #5), this order, and summons, on Defendants, without prepayment of fees and costs or security therefor.

DATED this   13   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE