**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL ALEXANDER                                                                                                 PLAINTIFF
ADC #99029

V.                                          NO: 5:08CV00275 BSM/HDY

RAY HOBBS *et al.*                                                                                              DEFENDANTS

## ORDER

The court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendant J. Gain are DISMISSED WITHOUT PREJUDICE, and Gain's name is removed as a party defendant.

DATED this 6th day of May, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE