# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL ALEXANDER**                                                                                        **PLAINTIFF**

v.                                          **NO: 5:08CV00275 BSM**

**RAY HOBBS** *et al.*                                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of December, 2009.


_____
UNITED STATES DISTRICT JUDGE